| Attorney or Party without Attorney: <br> TODD PICKLES (SBN 215629) <br> GREENBERG TRAURIG LLP <br> 1201 K STREET SUITE 1100 <br> SACRAMENTO , CA 95814 <br>   Telephone No: (916) 442-1111 <br><br>   Attorney For: Plaintiff | Ref. No. or File No.: <br> 214106.010100 | For Court Use Only |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* E.Y. OROT ASSETS LTD.; et al.
*Defendant:* DIAMOND FOUNDRY INC.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:24-cv-03836 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES

3. a. Party served:   DIAMOND FOUNDRY INC., a Delaware corporation
   b. Person served:   Mike Calonicol, head of finance . Authorized to Accept Service of Process
      Caucasian , Male , Age: Late 40s , Hair: Brown , Eyes: Blue , Height: 6'2" , Weight: 210

4. Address where the party was served:   322 EAST GRAND AVENUE, SOUTH SAN FRANCISCO, CA 94080

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Jul 09 2024 (2) at: 04:04 PM

6. **Person Who Served Papers:**
   a. Luis Arturo Mendez (2021-0001497, San Francisco)         d. **The Fee** for Service was:   203.20
   b. FIRST LEGAL
      1000 G Street, Suite 250
      SACRAMENTO, CA 95814
   c. (916) 444-5111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

07/09/2024
(Date)                                                                                                                    (Signature)



PROOF OF SERVICE

11384712
(16163409)