AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| E.Y. OROT ASSETS LTD. ET AL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:24-cv-03836-JCS |
| DIAMOND FOUNDRY INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Diamond Foundry Inc.

Date: July 18, 2024

/s/ Jeffrey E. Tsai
*Attorney's signature*

JEFFREY E. TSAI, SBN 226081
*Printed name and bar number*
DLA Piper LLP (US)
555 Mission Street, Suite 2400
San Francisco, California 94105

*Address*

jeff.tsai@us.dlapiper.com
*E-mail address*

415.836.2500
*Telephone number*

415.836.2501
*FAX number*