1  DLA PIPER LLP (US)
   JEFFREY E. TSAI (SBN 226081)
2   jeff.tsai@us.dlapiper.com
   JAMES S. DAVIDSON (SBN 347622))
3   jamie.davidson@us.dlapiper.com
4  555 Mission Street, Suite 2400
   San Francisco, California 94105
5  Tel: 415.836.2500  |  Fax: 415.836.2501

6  *Attorneys for Defendant*
   *DIAMOND FOUNDRY INC.*
7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  E.Y. OROT ASSETS LTD., an Israeli company, and OMEGA ECO DIAMONDS LTD., an Israeli company, | Case No.  3:24-cv-03836-JCS |
| 11 | |
| 12 | **DIAMOND FOUNDRY INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |
| 13                    Plaintiffs,  v. | |
| 14  DIAMOND FOUNDRY INC., a Delaware corporation, | |
| 15 | Action Filed:   June 26, 2024 |
| 16 | Trial Date:     Not Set |
|                    Defendant. | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure Rule 7.1, Defendant Diamond Foundry Inc. states there is no parent corporation or any publicly held corporation owning 10% or more of its stock.

Further, pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated:  July 18, 2024                    **DLA PIPER LLP (US)**

                                         By:  */s/ Jeffrey E. Tsai*
                                             JEFFREY E. TSAI
                                             JAMES S. DAVIDSON

                                             *Attorneys for Defendant*
                                             *DIAMOND FOUNDRY INC.*