DLA PIPER LLP (US)
JEFFREY E. TSAI (SBN 226081)
 jeff.tsai@us.dlapiper.com
JAMES S. DAVIDSON (SBN 347622))
 jamie.davidson@us.dlapiper.com
555 Mission Street, Suite 2400
San Francisco, California 94105
Tel: 415.836.2500 | Fax: 415.836.2501
*Attorneys for Defendant*
*DIAMOND FOUNDRY INC.*

GREENBERG TRAURIG, LLP
TODD PICKLES (SBN CA 215629)
 picklest@gtlaw.com
HENRY A. STROUD (SBN CA 342479)
 henry.stroud@gtlaw.com
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Tel: 916.442.1111 | Fax: 916.448.1709
*Attorneys for Plaintiffs*
*E.Y. OROT ASSETS LTD. and OMEGA ECO DIAMONDS LTD.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.Y. OROT ASSETS LTD., an Israeli company, and OMEGA ECO DIAMONDS LTD., an Israeli company,<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br>DIAMOND FOUNDRY INC., a Delaware corporation,<br><br>　　　　　　　　　Defendant. | Case No. 3:24-cv-03836-JCS<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT DIAMOND FOUNDRY INC.'S TIME TO RESPOND TO PLAINTIFFS E.Y. OROT ASSETS LTD. AND OMEGA ECO DIAMONDS LTD.'S COMPLAINT PURSUANT TO L.R. 6-1(A)**<br><br>Action Filed:　June 26, 2024<br>Trial Date:　　Not Set |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs E.Y. Orot Assets Ltd. and Omega Eco Diamonds Ltd. (collectively, "Plaintiffs") and Defendant Diamond Foundry Inc. ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate as follows:

**WHEREAS**, Plaintiffs filed the operative complaint in this matter ("Complaint") against Defendant on June 26, 2024.

**WHEREAS**, Plaintiffs served the Complaint on Defendant on July 9, 2024.

**WHEREAS**, the Parties agree that Defendant's deadline to respond to the Complaint should be extended to August 29, 2024.

**WHEREAS**, in accordance with Civil Local Rule 6-1(a), the stipulated extension will not alter the date of any event or any deadline already fixed by Court order.

**NOW, THEREFORE,** the Parties stipulate that Defendant's deadline to respond to the Complaint is August 29, 2024.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  July 18, 2024

DLA PIPER LLP (US)

By: _____
JEFFREY E. TSAI
JAMES S. DAVIDSON
*Attorneys for Defendant*
DIAMOND FOUNDRY INC.

Dated:  July 18, 2024

GREENBERG TRAURIG, LLP

By: _____
TODD PICKLES
HENRY A. STROUD
*Attorneys for Plaintiffs*
E.Y. OROT ASSETS LTD. and OMEGA ECO DIAMONDS LTD.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3) all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  July 18, 2024                                    DLA PIPER LLP (US)

                                                        By: /s/ Jeffrey E. Tsai
                                                            JEFFREY E. TSAI