# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SACRAMENTO:**

I am a citizen of the United States of America; I am over the age of eighteen (18) years and not a party to the within action; my business address is 400 Capitol Mall, Suite 2400, Sacramento, California 95814**.** On the date below, I caused to be served the following document(s):

**PROOF OF SERVICE ON DIAMOND FOUNDRY INC. OF NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMON, WAIVER OF THE SERVICE OF SUMMONS, AND ECF REGISTRATION INFORMATION**

on the interested party, addressed as follows:

| | |
|---|---|
| Diamond Foundry Inc.<br>C/O Cherine Haddadian<br>322 E. Grand Ave.<br>South San Francisco, CA 94080 | |

☒ **[BY CERTIFIED MAIL]** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

☐ **[BY OVERNIGHT COURIER]** I am readily familiar with the business practice of my place of employment in respect to the collection and processing of times for delivery by overnight courier. The foregoing sealed envelope was placed for collection and overnight delivery by _____ this date consistent with the ordinary business practice of my employment, so that it will be picked up this date with delivery charges fully prepaid at Sacramento, California, and delivered the following business day in the ordinary course of business.

☐ **[BY E-MAIL]** By transmitting via e-mail the document(s) listed above to the addresses set forth below on this date before 5:00 p.m. This method of service was made pursuant to the agreement of counsel.

☐ **[BY PERSONAL SERVICE]** I caused such envelope to be delivered by hand to the offices listed above.

☒ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 22, 2024 at Sacramento, California.

_David Lee_