**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**PRE-SETTLEMENT TELEPHONIC CONFERENCE MINUTES**

| **Date:** 10/17/2024 | **Time:** 4:00pm - 4:30pm | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.**: 24-cv-03836-TLT (KAW) | **Case Name:** E.Y. Orot Assets Ltd. et al. v. Diamond Foundry Inc. | |

**For Plaintiffs:**
Todd Pickles and Henry Stroud

**For Defendant:**
Jeffrey Tsai and James Davidson

**Deputy Clerk:** William F. Tabunut          **Not Reported.**

**PROCEEDINGS**

Pre-settlement telephonic conference held. A settlement conference is set for 2/12/2025 via Zoom at 9:00am. Confidential settlement conference statements are due on 2/3/2025. The parties are directed to review and comply with the Court's Settlement Conference Standing Order, available at: https://www.cand.uscourts.gov/judges/westmore-kandis-a-kaw/