1  Jeffrey E. Tsai (SBN CA 226081)
2  James S. Davidson (SBN CA 347622)
   DLA PIPER LLP (US)
3  555 Mission Street, Suite 2400
   San Francisco, California 94105
4  Telephone: 415.836.2500
   Facsimile: 415.836.2501
5  jeff.tsai@us.dlapiper.com
   jamie.davidson@us.dlapiper.com
6
   Attorneys for Defendant
7  DIAMOND FOUNDRY INC.

8
                    **UNITED STATES DISTRICT COURT**
9
                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11
   E.Y. OROT ASSETS LTD., an Israeli           CASE NO.  3:24-cv-03836-TLT
12 company, and OMEGA ECO DIAMONDS
   LTD., an Israeli company,                   Assigned to the Honorable Trina L. Thompson
13
            Plaintiffs,                        **DECLARATION OF JAMES S. DAVIDSON**
14                                             **REGARDING THE COURT'S OCTOBER 18,**
   v.                                          **2024 ORDER [ECF NO. 37]**
15
   DIAMOND FOUNDRY INC., a Delaware
16 corporation,                                 Action Filed: June 26, 2024

17          Defendant.                         Trial Date: February 9, 2026

18

DECLARATION OF JAMES S. DAVIDSON REGARDING THE COURT'S OCTOBER 18,
2024 ORDER [ECF NO. 37] – No.: 3:24-cv-03836-TLT

1  I, James S. Davidson, declare as follows:

2  1. I am an associate at DLA Piper LLP (US), which represents Defendant Diamond
3  Foundry Inc. ("Diamond Foundry") in this action. I submit this declaration regarding the Court's
4  October 18, 2024 Order [ECF No. 37] (the "October 18 Order"). This declaration is based upon
5  my personal knowledge. If called to testify, I could and would testify to the matters herein.

6  2. On October 18, 2024, the Court ordered the parties to file under seal a copy of the
7  Foundry-As-A-Service Agreement (the "Agreement"). Attached hereto as **Exhibit A** is a true
8  and correct copy of the Agreement.

9  3. The parties have conferred and agree that Exhibit A is a true and correct copy of
10  the Agreement.

11  I declare under penalty of perjury that the foregoing is true and correct. Executed on
12  October 21, 2024, at San Francisco, California.

_____
JAMES S. DAVIDSON

DECLARATION OF JAMES S. DAVIDSON REGARDING THE COURT'S OCTOBER 18, 2024 ORDER [ECF NO. 37] – No.: 3:24-cv-03836-TLT

1