UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.Y. OROT ASSETS LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIAMOND FOUNDRY INC., <br><br> Defendant. | Case No. 24-cv-03836-TLT <br><br> **JUDGMENT** <br><br> ECF 42 |

On November 15, 2024, the Court DENIED motion to dismiss. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Plaintiff and against Defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: November 15, 2024

_____
TRINA L. THOMPSON
United States District Judge