JEFFREY E. TSAI (SBN 226081)
 jeff.tsai@us.dlapiper.com
JAMES S. DAVIDSON (SBN 347622)
 jamie.davidson@us.dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
Tel: 415.836.2500 | Fax: 415.836.2501

*Attorneys for Defendant*
*DIAMOND FOUNDRY INC.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO**

| | |
|---|---|
| E.Y. OROT ASSETS LTD., an Israeli company, and OMEGA ECO DIAMONDS LTD., an Israeli company,<br><br>                    Plaintiffs,<br>     v.<br><br>DIAMOND FOUNDRY INC., a Delaware corporation,<br><br>                    Defendant. | Case No. 3:24-cv-03836-TLT<br><br>[PROPOSED] **ORDER GRANTING DEFENDANT DIAMOND FOUNDRY INC.'S MOTION FOR RELIEF UNDER FEDERAL RULE OF CIVIL PROCEDURE 59(E), 60(A) AND/OR 60(B) FROM JUDGMENT**<br><br>Date:       February 4, 2025<br>Time:      2:00 p.m.<br>Courtroom: Courtroom 9<br>Judge:     The Hon. Trina L. Thompson |

On February 4, 2025, at 2:00 p.m., Defendant Diamond Foundry Inc.'s ("Foundry") Notice of Motion and Motion for Relief under Rule 59(e), 60(a) and/or 60(b) from Judgment ("Motion") came on for scheduled hearing in this Court, with the Honorable Trina L. Thompson presiding. All appearances were as stated in the record. Having considered the papers filed in support of and in opposition to the Motion and having heard the arguments of counsel, the Court finds that entry of the November 18, 2024 judgment (ECF No. 43) (the "Judgment") was a mistake, and Foundry is entitled to relief.

**IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and the Judgment is vacated.

**IT IS SO ORDERED.**

Dated: November 26, 2024

_____
HON. TRINA L. THOMPSON
U.S. DISTRICT COURT JUDGE