1  **DLA PIPER LLP (US)**
   JEFFREY E. TSAI (SBN 226081)
2   jeff.tsai@us.dlapiper.com
   JAMES S. DAVIDSON (SBN 347622))
3   jamie.davidson@us.dlapiper.com
   555 Mission Street, Suite 2400
4  San Francisco, California 94105
   Tel: 415.836.2500 | Fax: 415.836.2501
5

6  *Attorneys for Defendant*
   *DIAMOND FOUNDRY INC.*
7

8  **GREENBERG TRAURIG, LLP**
   TODD PICKLES (SBN CA 215629)
9   picklest@gtlaw.com
   HENRY A. STROUD (SBN CA 342479)
10  henry.stroud@gtlaw.com
   400 Capitol Mall, Suite 2400
11 Sacramento, California 95814
   Tel: 916.442.1111 | Fax: 916.448.1709
12

13 *Attorneys for Plaintiffs*
   *E.Y. OROT ASSETS LTD. and OMEGA*
14 *ECO DIAMONDS LTD.*

15

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| E.Y. OROT ASSETS LTD., an Israeli company, and OMEGA ECO DIAMONDS LTD., an Israeli company,<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND FOUNDRY INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:24-cv-03836-TLT<br><br>**JOINT STIPULATION AND REQUEST TO EXTEND DEFENDANT DIAMOND FOUNDRY INC.'S TIME TO RESPOND TO PLAINTIFFS' MOTION TO DISMISS DEFENDANT DIAMOND FOUNDRY INC.'S COUNTERCLAIM**<br><br>Hearing Date: February 25, 2025<br>Time: 2:00 p.m.<br>Judge: Hon. Trina L. Thompson<br>Courtroom: 9<br><br>Action Filed: June 26, 2024 |
|---|---|

Pursuant to Civil Local Rule 6-1(b), Plaintiffs E.Y. Orot Assets Ltd. and Omega Eco Diamonds Ltd. (collectively, "Plaintiffs") and Defendant Diamond Foundry Inc. ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and request as follows:

**WHEREAS**, Plaintiffs filed the operative complaint in this matter ("Complaint") against Defendant on June 26, 2024.

**WHEREAS**, Plaintiffs served the Complaint on Defendant on July 9, 2024.

**WHEREAS**, the Parties previously stipulated to Defendant having a deadline of August 29, 2024 to respond to the Complaint.

**WHEREAS**, Defendant filed and served its Answer and Counterclaim on November 29, 2024.

**WHEREAS**, Plaintiffs filed and served the Notice of Motion and Motion to Dismiss Defendant's Counterclaim (the "Motion to Dismiss") on December 20, 2024.

**WHEREAS**, Defendant and counsel have commitments over the upcoming holiday week that necessitate an extension of the deadline to respond to the Motion to Dismiss.

**WHEREAS**, the Parties agree that Defendant's deadline to respond to the Motion to Dismiss should be extended to January 10, 2025.

**WHEREAS**, the Parties agree that Plaintiffs' deadline to reply to Defendant's response should be extended to January 17, 2025.

**WHEREAS**, the Parties agree that the hearing date for the Motion to Dismiss should remain February 25, 2025.

**NOW, THEREFORE,** the Parties stipulate and request that the Court extend Defendant's deadline to respond to the Motion to Dismiss to January 10, 2025 and extend Plaintiffs' deadline to reply to Defendant's response to January 17, 2025.

**IT IS SO STIPULATED AND REQUESTED, THROUGH COUNSEL OF RECORD.**

Dated: December 24, 2024 DLA PIPER LLP (US)

By: */s/ Jeffrey E. Tsai*
JEFFREY E. TSAI
JAMES S. DAVIDSON
*Attorneys for Defendant*
DIAMOND FOUNDRY INC.

Dated: December 24, 2024 GREENBERG TRAURIG, LLP

By: */s/ Todd Pickles*
TODD PICKLES
HENRY A. STROUD
*Attorneys for Plaintiffs*
E.Y. OROT ASSETS LTD. and OMEGA ECO DIAMONDS LTD.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 24, 2024                    DLA PIPER LLP (US)

By: /s/ Jeffrey E. Tsai
JEFFREY E. TSAI