1  **DLA PIPER LLP (US)**
   JEFFREY E. TSAI (SBN 226081)
2  *jeff.tsai@us.dlapiper.com*
   JAMES S. DAVIDSON (SBN 347622))
3  *jamie.davidson@us.dlapiper.com*
   555 Mission Street, Suite 2400
4  San Francisco, California 94105-2933
   Telephone:   415.836.2500
5  Facsimile:   415.836.2501

6  *Attorneys for Defendant/Counterclaimant*
   *DIAMOND FOUNDRY INC.*
7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO**

| | |
|---|---|
| E.Y. OROT ASSETS LTD., an Israeli company, and OMEGA ECO DIAMONDS LTD., an Israeli company,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DIAMOND FOUNDRY INC., a Delaware corporation,<br><br>　　　　　　　　Defendant. | Case No.  3:24-cv-03836-TLT<br><br>**DECLARATION OF JAMES S. DAVIDSON IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT DIAMOND FOUNDRY INC.'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date:         February 25, 2025<br>Time:         2:00 p.m.<br>Judge:        Hon. Trina L. Thompson<br>Courtroom:  9<br><br>Action Filed: June 26, 2024<br>Trial Date:    February 9, 2026 |

I, James S. Davidson, declare as follows:

1. I am an attorney at the law firm of DLA Piper LLP (US), attorney of record for Defendant and Counterclaimant DIAMOND FOUNDRY INC. ("Foundry") in this action. I am a member of good standing in the Bar of the State of California, and I am admitted to practice before this Court. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, I would testify competently to them.

2. At my request, the global translation firm Xiioma translated, from Hebrew to English, Articles 166-169 of the 2018 Israeli Civil Procedure Regulations.

3. A true and accurate copy of the original Hebrew version of Articles 166-169 of the 2018 Israeli Civil Procedure Regulations is attached as **Ex. A**

4. An accurate, true and correct English translation of Articles 166-169 of the 2018 Israeli Civil Procedure Regulations is attached as **Ex. B**.

5. The certification of translation of Articles 166-169 of the 2018 Israeli Civil Procedure Regulations from Hebrew to English is attached as **Ex. C**.

6. At my request, the global translation firm Xiioma translated, from Hebrew to English, CA 8195/02 Sheetrit v. Sharp Corporation, PD 58(1) 193 (2003) (Isr.).

7. A true and accurate copy of the original Hebrew version of CA 8195/02 Sheetrit v. Sharp Corporation, PD 58(1) 193 (2003) (Isr.) is attached as **Ex. D**.

8. An accurate, true and correct English translation of CA 8195/02 Sheetrit v. Sharp Corporation, PD 58(1) 193 (2003) (Isr.) is attached as **Ex. E**.

9. The certification of translation of CA 8195/02 Sheetrit v. Sharp Corporation, PD 58(1) 193 (2003) (Isr.) from Hebrew to English is attached as **Ex. F**.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 10th day of January 2025, in San Francisco, California.

                                           */s/ James S. Davidson*
                                            JAMES S. DAVIDSON

                                            *Attorney for Defendant/Counterclaimant*
                                            *DIAMOND FOUNDRY INC.*