# EXHIBIT A

תקנות סדר הדין האזרחי, תשע״ט-2018, נוסח עדכני נכון ליום 09.12.2024

## תקנות סדר הדין האזרחי, תשע״ט-2018

[...]

| | | | |
|---|---|---|---|
| טענות חוסר סמכות, תניית שיפוט זר או פורום בלתי נאות | 166. | | בעל דין רשאי להמציא כתב טענות מחוץ לתחום המדינה בהתקיים אחד מאלה ובכפוף לתקנות 167 ו-168: |
| המצאה מחוץ לתחום המדינה | | (1) | נקבע בחיקוק שמבחינה בין-לאומית בית משפט בישראל מוסמך לדון בהליך פלוני או אם הוסכם בין בעלי הדין על סמכות כאמור; |
| | | (2) | מבוקש סעד נגד אדם שמקום מושבו הוא בתחום המדינה; |
| | | (3) | נושא התובענה הוא מקרקעין המצויים בתחום המדינה; |
| | | (4) | התובענה היא בקשר לחוזה, ומתקיים אחד מהמקרים האלה: |
| | | (א) | החוזה, כולו או מקצתו, נעשה או הופר בתחום המדינה או שנשללה האפשרות לקיימו בתחומה; |
| | | (ב) | על החוזה חלים דיני מדינת ישראל; |
| | | (4א) | התובענה מבוססת על מעשה או על מחדל שאירע בתחום המדינה; |
| | | (5) | התובענה מבוססת על נזק שנגרם לתובע בישראל ממוצר, משירות או מהתנהגות של הנתבע, ובלבד שהנתבע יכול היה לצפות שהנזק ייגרם בישראל וכן שהנתבע, או אדם קשור לו, עוסק בסחר בין-לאומי או במתן שירותים בין-לאומיים בהיקף משמעותי; לעניין זה, "אדם קשור" – אם הנתבע הוא תאגיד, כל אחד מאלה: |
| | | (1) | אדם השולט בתאגיד; |
| | | (2) | תאגיד הנשלט בידי אדם כאמור בפסקה (1); |
| | | (3) | תאגיד הנשלט בידי מי מהאמורים בפסקאות (1) ו-(2); |
| | | (6) | מבוקש צו מניעה לגבי דבר הנעשה או עומד להיעשות בתחום המדינה, או מבוקש למנוע או להסיר מטרד בתחום המדינה, בין אם מבוקשים דמי נזק בקשר לכך ובין אם לאו; |
| | | (7) | מבוקש לאכוף פסק-חוץ, כהגדרתו בחוק אכיפת פסקי-חוץ, או פסק בוררות חוץ כהגדרתו בחוק הבוררות או מבוקש להכיר בהם; |
| | | (8) | מבוקש שלא לאכוף פסק בוררות חוץ, כהגדרתו בחוק הבוררות, שניתן נגד תושב ישראל, אם שוכנע בית המשפט כי אין למבקש אפשרות לזכות בדין צדק בבית המשפט של המדינה שבה ניתן הפסק; |
| | | (9) | האדם שמחוץ לתחום המדינה הוא בעל דין דרוש או נכון בתביעה שהוגשה כהלכה נגד אדם אחר; |
| | | (10) | האדם שמחוץ לתחום המדינה הוא בעל דין בתובענה שלגבי אחת מעילויותיה באותה תובענה נגדו יש זיקה מהזיקות המפורטות בתקנה זו. |
| הליך ההמצאה מחוץ למדינה | 167. | (א) | בעל דין המעוניין להמציא כתב טענות מחוץ לתחום המדינה, יגיש בקשה בכתב לשם קביעת דרך ביצוע ההמצאה; בתצהיר התומך בבקשה יפורטו העובדות המבססות את עילת התביעה, העובדות המבססות את עילת ההמצאה מחוץ לתחום המדינה ופירוט המקום שבו נמצא הנמען או ייתכן שנמצא. |
| | | (ב) | בית המשפט יורה על דרך ביצוע ההמצאה, לרבות הגשת כתבי הטענות, והוא רשאי להורות שבנסיבות העניין אין להמציא את המסמכים מחוץ לתחום המדינה. |
| בקשה לכפירה בסמכות מכוח המצאה מחוץ לתחום המדינה | 168. | | הומצא לבעל דין כתב טענות מחוץ לתחום המדינה, רשאי הוא לכפור בסמכות בית המשפט לדון בתובענה או לטעון כי הפורום הישראלי אינו הפורום הנאות לדון בתובענה; רצה הנתבע לכפור או לטעון כאמור, יגיש בקשה בכתב לא יאוחר מהמועד הקבוע להגשת כתב ההגנה; עשה כן, יימנה המועד להגשת כתב הגנה מיום ההחלטה בבקשה. |
| המצאה לנתבע שכפר בסמכות | 169. | | כפר הנתבע בסמכותו הבין-לאומית של בית המשפט, טען להיותו של הפורום הישראלי פורום בלתי נאות או מינה עורך דין בישראל לשם כך, לא יהיה ניתן להמציא לו את כתבי הטענות בתחום המדינה, אם הגיע לישראל והוא שוהה בה לצורך הדין; כמו כן לא יהיה ניתן להמציא |

1

תקנות סדר הדין האזרחי, תשע"ט-2018, נוסח עדכני נכון ליום 09.12.2024

לעורך הדין המייצג אותו, ולא יראו בכל פעולה שלו או של עורך דינו ויתור על הכפירה בסמכותו הבין-לאומית של בית המשפט, זאת עד ארבעה עשר ימים לאחר מתן ההחלטה בטענות הנתבע בעניין זה, או מועד אחר כפי שיורה בית המשפט בעת מתן ההחלטה.

2