# EXHIBIT F



CERTIFICATE OF TRANSLATION

We hereby certify that we have translated the document attached to this certificate using the very best of our knowledge while respecting the original content faithfully as a professional translation company.

1. Document Ref: Elad Shitrit_EN
2. Document Ref: Hatzlakha_EN

Original Language: Hebrew

Translated Language: English

Name: Michael Katzenstein

Title: VP Operations

Signature: _____

Date:   January 5, 2025

Xiioma L.M Ltd, 2 Yehuda Halevi St. Ramat Hasharon 4729507, Israel

www.xiioma.com          info@xiioma.com

Tel: +972-76-5994466