**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SETTLEMENT CONFERENCE MINUTES**

| **Date:** February 12, 2025 | **Time:** 9:00 p.m. - 4:05 p.m. | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.:** 24-cv-03836-TLT | **Case Name:** E.Y. Orot Assets Ltd. v. Diamond Foundry Inc. | |

**For Plaintiff(s):** Todd Pickles, Henry Stroud, Joey Shabot (Israel-based counsel), Eliyahu Yelizarov (Orot/Omega), Meir Horka (Orot/Omega).
**For Defendant(s):** Jeffrey Tsai, James ("Jamie") Davidson, Rebeca Brandys (Head of Legal – Diamond Foundry)

**Deputy Clerk:** Jenny Galang     **Recorded via Zoom:** 3:57 p.m. – 4:05 p.m.

**PROCEEDINGS**

Settlement Conference - Held via Zoom.

Matter reported as settled.

The transcript of the proceeding is ordered sealed. Only counsel of record may obtain a copy of this transcript. Anyone who is not counsel will be required to seek leave of the Court to obtain a copy of the transcript.