Todd Pickles (SBN CA 215629)
Henry A. Stroud (SBN CA 342479)
GREENBERG TRAURIG, LLP
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
picklest@gtlaw.com
henry.stroud@gtlaw.com

Attorneys for Plaintiffs/Counter-Defendants
E.Y. OROT ASSETS LTD., and OMEGA
ECO DIAMONDS LTD.

Jeffrey E. Tsai (SBN CA 226081)
James S. Davidson (SBN CA 347622)
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, California 94105
Telephone: 415.836.2500
Facsimile: 415.836.2501
jeff.tsai@us.dlapiper.com
jamie.davidson@us.dlapiper.com

Attorneys for Defendant/Counterclaimant
DIAMOND FOUNDRY INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E.Y. OROT ASSETS LTD., an Israeli company, and OMEGA ECO DIAMONDS LTD., an Israeli company,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>DIAMOND FOUNDRY INC., a Delaware corporation,<br><br>Defendant/Counterclaimant. | CASE NO. 3:24-cv-03836-TLT<br><br>Assigned to the Honorable Trina L. Thompson<br><br>**JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER**<br><br>Action Filed: June 26, 2024 |

1  The parties to the above-entitled action jointly submit this JOINT CASE MANAGEMENT
2  STATEMENT & PROPOSED ORDER pursuant to the Standing Order for All Judges of the Northern
3  District of California and Civil Local Rule 16-9.  The parties hereby inform the Court that a settlement of
4  the above-entitled action and related counterclaim has been reached, and that the parties have entered into
5  a settlement agreement and release effective March 19, 2025.  The parties file concurrently with this Joint
6  Case Management Statement a Stipulated Request to Stay Proceedings, and hereby request that the Court
7  take the March 27 Case Management Conference off calendar, or otherwise continue it to December 2025,
8  per the parties' Stipulated Request to Stay Proceedings.

10  DATED:  March 20, 2025           GREENBERG TRAURIG, LLP

12                                   By: */s/ Todd Pickles*
                                        Todd Pickles
13                                      Henry A. Stroud

14                                   Attorneys for Plaintiffs
                                     E.Y. OROT ASSETS LTD. and OMEGA ECO
15                                   DIAMONDS LTD.

17  DATED: March 20, 2025            DLA PIPER LLP (US)

19                                   By: */s/ James S. Davidson*
                                        Jeffrey E. Tsai
20                                      James S. Davidson

21                                   Attorneys for Defendant
                                     DIAMOND FOUNDRY, INC.
22  //
23  //
24  //
25  //
26  //
27  //
28  //

**SIGNATURE ATTESTATION**

Pursuant to L.R. 5-1(h)(3), I hereby attest that all signatures listed above, and on whose behalf this filing is submitted, concur in the filings' content and have authorized this filing.

DATED: March 20, 2025                GREENBERG TRAURIG, LLP


                                     By: /s/ *Todd Pickles*
                                          Todd Pickles

**[PROPOSED] ORDER**

As the parties have settled the above captioned matter, and have filed a Stipulated Request for Stay of Proceedings, the Case Management Conference scheduled for March 27, 2025, is hereby taken off calendar.

IT IS SO ORDERED.

Dated: _____

Honorable Trina L. Thompson