Todd Pickles (SBN 215629)
Henry Stroud (SBN 342479)
GREENBERG TRAURIG, LLP
400 Capitol Mall, Suite 2400
Sacramento, CA 95814
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
picklest@gtlaw.com
henry.stroud@gtlaw.com

Attorneys for Plaintiffs/Counter-Defendants
E.Y. OROT ASSETS LTD. and
OMEGA ECO DIAMONDS LTD.

Jeffrey E. Tsai (SBN 226081)
James S. Davidson (SBN 347622)
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
Telephone: (415) 836-2500
Facsimile:  (415) 836-2501

Attorneys for Defendant/Counterclaimant
DIAMOND FOUNDRY INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| E.Y. OROT ASSETS LTD., an Israeli company, and OMEGA ECO DIAMONDS LTD., an Israeli company,<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND FOUNDRY INC., a Delaware corporation,<br><br>Defendant. | CASE NO.: 3:24-cv-03836-TLT<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATED REQUEST TO STAY PROCEEDINGS & [PROPOSED] ORDER**<br><br>Action Filed: June 26, 2024 |

Plaintiffs/Counter-Defendants E.Y. Orot Assets Ltd. and Omega Eco Diamonds Ltd. ("Plaintiffs") and Defendant/Counterclaimant Diamond Foundry Inc. ("Foundry") by and through their respective counsel, hereby give notice to the Court of the settlement of the above captioned matter, and stipulate and agree as follows:

WHEREAS, on June 26, 2024, Plaintiffs filed the Complaint for Domestication of Foreign Judgment (the "Complaint") [ECF No. 1];

WHEREAS, on November 29, 2024, Foundry filed an Answer to the Complaint and Counterclaim (the "Counterclaim") [ECF No. 47];

WHEREAS, on January 9, 2025, Foundry filed an Answer to the Complaint and Amended Counterclaim [ECF No. 55];

WHEREAS, on January 24, 2025, Plaintiffs filed an Amended Complaint for Domestication of Foreign Judgment [ECF No. 65];

WHEREAS, on February 12, 2025, the Parties engaged in a Settlement Conference before the Hon. Magistrate Judge Kandis A. Westmore [ECF No. 68];

WHEREAS, at that Settlement Conference, the Parties agreed upon terms for settlement of Plaintiffs' Complaint, and of Foundry's Counterclaim [*id.*];

WHEREAS, on March 19, 2025, the Parties executed a Settlement and Release Agreement (the "Settlement Agreement") memorializing the settlement terms agreed upon at the Settlement Conference;

WHEREAS, the Settlement Agreement requires that the Parties jointly seek a stay of all proceedings relating to the Complaint, the Counterclaim, and all other claims, counterclaims, and third-party claims with respect thereto, while the Parties satisfy the settlement consideration;

WHEREAS, the Settlement Agreement further requires that the settlement consideration be satisfied within eight (8) months of the execution of the Settlement Agreement; AND

WHEREAS, the Settlement Agreement further requires that each Party file a Request for Dismissal with Prejudice within seven (7) days of satisfaction of the settlement consideration.

BASED ON THE FOREGOING, THE PARTIES STIPULATE AND REQUEST AS FOLLOWS:

1.   That the Court stay all proceedings relating to the Complaint, the Counterclaim, and all other claims, counterclaims, and third-party claims with respect thereto, through December 1, 2025 or

1  until another date as ordered by the Court; and

2      2.    That the Court set a Status Conference re: Dismissal in December 2025 for the Parties to report on status of the matter, with a report due seven days before the Status Conference re: Dismissal, to the extent the parties have not filed their Notices of Dismissal on or before that date.

**IT IS SO STIPULATED AND SO REQUESTED.**

DATED: March 20, 2025          GREENBERG TRAURIG, LLP

By: */s/ Todd Pickles*
TODD PICKLES
HENRY STROUD

Attorneys for Plaintiffs/Counter-Defendants
E.Y. OROT ASSETS LTD. and
OMEGA ECO DIAMONDS LTD.

DATED: March 20, 2025          DLA PIPER LLP (US)

By: */s/ James S. Davidson*
JEFFREY E. TSAI
JAMES S. DAVIDSON

Attorneys for Defendant/Counterclaimant
DIAMOND FOUNDRY INC.

**SIGNATURE ATTESTATION**

Pursuant to L.R. 5-1(h)(3), I hereby attest that all signatures listed above, and on whose behalf this filing is submitted, concur in the filings' content and have authorized this filing.

DATED: March 20, 2025                    GREENBERG TRAURIG, LLP


                                         By:   /s/ *Todd Pickles*
                                               Todd Pickles

**[PROPOSED] ORDER**

Upon review of the parties' stipulation and good cause appearing, it is hereby ordered that:

1. All proceedings relating to the Complaint, the Counterclaim, and all other claims, counterclaims, and third-party claims with respect thereto are hereby stayed through December 1, 2025, or until another date as ordered by the Court; and

2. A Status Conference re: Dismissal is set for December ____, 2025, at ____ am/pm in Courtroom 9 of the above captioned Court;

3. The Parties are ordered to file a Joint Status Report re: Dismissal on or before seven (7) days before the Status Conference re: Dismissal to the extent that the parties have not filed their respective dismissals on or before that date.

IT IS SO FOUND AND SO ORDERED.


Dated:_____          _____
                                     HON. TRINA L. THOMPSON
                                     UNITED STATES DISTRICT JUDGE