UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.Y. OROT ASSETS LTD., et al.,<br>　　　　Plaintiffs,<br>　　v.<br>DIAMOND FOUNDRY INC.,<br>　　　　Defendant. | Case No. 24-cv-03836-TLT<br><br>**ORDER GRANTING LIMITED STAY**<br>Re: Dkt. No. 74 |

　　Plaintiff E.Y. Orot Assets Ltd. filed a Complaint against Defendant Diamond Foundry on June 26, 2024. ECF 1. On February 12, 2025, the parties reached a settlement at a settlement conference before Magistrate Judge Kandis A. Westmore. ECF 68. The parties executed a Settlement and Release Agreement on March 19, 2025. *See* ECF 74.

　　Before the Court is the parties' stipulated request to stay proceedings. ECF 74. Upon review of the parties' stipulation and good cause appearing, it is hereby ordered that:

1. The parties submit the mutually signed settlement agreement, under seal, to the Court. The Court will only retain jurisdiction to enforce a settlement agreement if it is made part of the record;

2. All proceedings relating to the Complaint, the Counterclaim, and all other claims, counterclaims, and third-party claims with respect thereto are hereby stayed through June 26, 2025;

3. A Status Conference re: Dismissal is set for June 26, 2025, at 2:00 pm via videoconference. At that time the Court will review whether there is good cause to extend the stay until December 4, 2025;

4. The Parties are ordered to file a Joint Status Report re: Dismissal by June 18, 2025 to the extent that the parties have not filed their respective dismissals on or before that

1  date.

2  5. The case management conference scheduled for March 27, 2025, is hereby vacated and

3  re-set for June 26, 2025.

4  This Order resolves ECF 74.

5  **IT IS SO ORDERED.**

6  Dated: March 25, 2025

7  _____
   TRINA L. THOMPSON
8  United States District Judge