1  Jeffrey E. Tsai (SBN CA 226081)
2  James S. Davidson (SBN CA 347622)
   DLA PIPER LLP (US)
3  555 Mission Street, Suite 2400
   San Francisco, California 94105
4  Telephone: 415.836.2500
   Facsimile: 415.836.2501
5  jeff.tsai@us.dlapiper.com
   jamie.davidson@us.dlapiper.com
6
   Attorneys for Defendant
7  DIAMOND FOUNDRY INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E.Y. OROT ASSETS LTD., an Israeli company, and OMEGA ECO DIAMONDS LTD., an Israeli company,<br><br>       Plaintiffs,<br><br>v.<br><br>DIAMOND FOUNDRY INC., a Delaware corporation,<br><br>       Defendant. | CASE NO.  3:24-cv-03836-TLT<br><br>Assigned to the Honorable Trina L. Thompson<br><br>**DECLARATION OF JAMES S. DAVIDSON REGARDING THE COURT'S MARCH 25, 2025 ORDER [ECF NO. 75]**<br><br>Action Filed: June 26, 2024 |

I, James S. Davidson, declare as follows:

1. I am an associate at DLA Piper LLP (US), attorney for Defendant Diamond Foundry Inc. ("Diamond Foundry") in this action. I submit this declaration regarding the Court's March 25, 2025 Order [ECF No. 75] (the "March 25 Order"). This declaration is based upon my personal knowledge. If called to testify, I could and would testify to the matters herein.

2. On March 25, 2025, the Court ordered the parties to file under seal a copy of the executed settlement agreement (the "Agreement"). Attached hereto as **Exhibit A** is a true and correct copy of the Agreement.

3. The parties have conferred and agree that Exhibit A is a true and correct copy of the Agreement.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 25, 2025, at San Francisco, California.

_____
JAMES S. DAVIDSON

DECLARATION OF JAMES S. DAVIDSON REGARDING THE COURT'S MARCH 25, 2025 ORDER [ECF NO. 75] – No.: 3:24-cv-03836-TLT

1