Jeffrey E. Tsai (SBN CA 226081)
James S. Davidson (SBN CA 347622)
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, California 94105
Telephone: 415.836.2500
Facsimile: 415.836.2501
jeff.tsai@us.dlapiper.com
jamie.davidson@us.dlapiper.com

Attorneys for Defendant/Counterclaimant
DIAMOND FOUNDRY INC.

Todd Pickles (SBN CA 215629)
Henry A. Stroud (SBN CA 342479)
GREENBERG TRAURIG, LLP
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
picklest@gtlaw.com
henry.stroud@gtlaw.com

Attorneys for Plaintiffs/Counter-Defendants
E.Y. OROT ASSETS LTD. and OMEGA
ECO DIAMONDS LTD.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E.Y. OROT ASSETS LTD., an Israeli company, and OMEGA ECO DIAMONDS LTD., an Israeli company,<br><br>    Plaintiffs/Counter-Defendants,<br><br>v.<br><br>DIAMOND FOUNDRY INC., a Delaware corporation,<br><br>    Defendant/Counterclaimant. | CASE NO. 3:24-cv-03836-TLT<br><br>Assigned to the Honorable Trina L. Thompson<br><br>**JOINT STATUS REPORT & [PROPOSED] ORDER**<br><br>Action Filed: June 26, 2024 |

1
JOINT STATUS REPORT; [PROPOSED] ORDER

1   The parties to the above-entitled action submit this JOINT STATUS REPORT & PROPOSED
2   ORDER pursuant to the Court's March 25, 2025 Order Granting Limited Stay [ECF No. 75] (the "Order"),
3   which stayed all proceedings in this action until June 26, 2025. In accordance with the Order, the parties
4   submitted the settlement agreement under seal on March 25, 2025. See ECF No. 76. The Order re-set the
5   previously scheduled case management conference for June 26, 2025, at which time the Court is to
6   determine whether there is good cause to extend the stay until December 4, 2025.

7   The parties hereby inform the Court that the parties have fully complied with the settlement terms
8   to date and are continuing to work in good faith to fulfill the remaining terms of the settlement agreement.
9   Therefore, the Court has good cause to extend the stay until December 4, 2025, to allow the parties to
10  complete the remaining terms of the settlement agreement.

DATED: June 18, 2025                    DLA PIPER LLP (US)


                                        By: /s/ *Jeffrey E. Tsai*
                                             Jeffrey E. Tsai
                                             James S. Davidson

                                        Attorneys for Defendant
                                        DIAMOND FOUNDRY, INC.

DATED: June 18, 2025                    GREENBERG TRAURIG, LLP


                                        By: */s/ Todd Pickles*
                                             Todd Pickles
                                             Henry A. Stroud

                                        Attorneys for Plaintiffs
                                        E.Y. OROT ASSETS LTD. and OMEGA ECO
                                        DIAMONDS LTD.

## SIGNATURE ATTESTATION

Pursuant to L.R. 5-1(h)(3), I hereby attest that all signatures listed above, and on whose behalf this filing is submitted, concur in the filings' content and have authorized this filing.

DATED: June 18, 2025                        DLA PIPER LLP (US)


                                            By: /s/ *Jeffrey E. Tsai*
                                                Jeffrey E. Tsai

**[PROPOSED] ORDER**

All proceedings relating to the Complaint, the Counterclaim, and all other claims, counterclaims, and third-party claims with respect thereto hereby remain stayed through December 4, 2025, or until another date as ordered by the Court. A Status Conference re: Dismissal is set for December ____, 2025, at ____ am/pm in Courtroom 9 of the above captioned Court. The Parties are ordered to file a Joint Status Report re: Dismissal on or before seven (7) days before the Status Conference re: Dismissal to the extent that the parties have not filed their respective dismissals on or before that date.

IT IS SO ORDERED.

Dated:

Honorable Trina L. Thompson