Jeffrey E. Tsai (SBN CA 226081)
  jeff.tsai@us.dlapiper.com
James S. Davidson (SBN CA 347622)
  jamie.davidson@us.dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, California 94105
Telephone: 415.836.2500 | Facsimile: 415.836.2501

*Attorneys for Defendant/Counterclaimant*
*DIAMOND FOUNDRY INC.*

Todd Pickles (SBN CA 215629)
  picklest@gtlaw.com
Henry A. Stroud (SBN CA 342479)
  henry.stroud@gtlaw.com
GREENBERG TRAURIG, LLP
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: 916.442.1111 | Facsimile: 916.448.1709

*Attorneys for Plaintiffs/Counter-Defendants*
*E.Y. OROT ASSETS LTD. and OMEGA ECO*
*DIAMONDS LTD.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.Y. OROT ASSETS LTD., an Israeli company, and OMEGA ECO DIAMONDS LTD., an Israeli company,<br><br>　　　Plaintiffs/Counter-Defendants,<br><br>v.<br><br>DIAMOND FOUNDRY INC., a Delaware corporation,<br><br>　　　Defendant/Counterclaimant. | CASE NO. 3:24-cv-03836-TLT<br><br>Assigned to the Honorable Trina L. Thompson<br><br>**JOINT STATUS REPORT & [PROPOSED] ORDER**<br><br>Action Filed: June 26, 2024 |

1  The parties to the above-entitled action submit this JOINT STATUS REPORT & PROPOSED ORDER pursuant to the Court's June 18, 2025 Order [ECF No. 79] (the "Order") extending through December 4, 2025, the stay of proceedings first entered by the Court in its March 25, 2025, Order Granting Limited Stay [ECF No. 75]. The Order set a status conference for September 4, 2025, at 2:00 pm in Courtroom 9 of the above captioned Court.

The parties hereby inform the Court that the parties have fully complied with the settlement terms to date and are continuing to work in good faith to fulfill the remaining terms of the settlement agreement. Therefore, the parties request that the Court continue the September 4, 2025, status conference until December 4, 2025, or a date thereafter, by which time the parties anticipate completion of the remaining terms of the settlement agreement.

DATED: August 28, 2025            DLA PIPER LLP (US)


                                  By: /s/ *Jeffrey E. Tsai*
                                      Jeffrey E. Tsai
                                      James S. Davidson

                                  Attorneys for Defendant
                                  DIAMOND FOUNDRY, INC.

DATED: August 28, 2025            GREENBERG TRAURIG, LLP


                                  By: */s/ Todd Pickles*
                                      Todd Pickles
                                      Henry A. Stroud

                                  Attorneys for Plaintiffs
                                  E.Y. OROT ASSETS LTD. and OMEGA ECO
                                  DIAMONDS LTD.

**SIGNATURE ATTESTATION**

Pursuant to L.R. 5-1(h)(3), I hereby attest that all signatures listed above, and on whose behalf this filing is submitted, concur in the filings' content and have authorized this filing.

DATED: August 28, 2025           DLA PIPER LLP (US)


                                 By: /s/ *Jeffrey E. Tsai*
                                     Jeffrey E. Tsai

## **[PROPOSED] ORDER**

All proceedings relating to the Complaint, the Counterclaim, and all other claims, counterclaims, and third-party claims with respect thereto continue to remain stayed through December 4, 2025, or until another date as ordered by the Court. The Status Conference re: Dismissal currently scheduled for September 4, 2025 is continued to December \_\_\_\_, 2025, at \_\_\_\_ am/pm in Courtroom 9 of the above captioned Court. The Parties are ordered to file a Joint Status Report re: Dismissal on or before seven (7) days before the Status Conference re: Dismissal to the extent that the parties have not filed their respective dismissals on or before that date.

IT IS SO ORDERED.

Dated: _____

Honorable Trina L. Thompson